| Date | Pleading Number | |
|---|---|---|
| 11/7/75 | 1. | MOTION & SUPPORTING BRIEF -- for transfer of two actions -- BY PLAINTIFFS IN BOTH CASES (A-1 & A-2) & LAWYERS COMMITTEE FOR CIVIL RIGHTS UNDER LAW. accompanied by Certificate of Serivce and Exhibits A thru K. TRANSFEREE FORUM REQUESTED: District of Columbia |
| 11/11/75 | | HEARING ORDER -- Setting A-1 and A-2 for Hearing, December 12, 1975, Philadelphia, Penna. |
| 11/18/75 | | APPEARANCES -- Peter W. Tredick for Pan American World Airways, Inc. (also designated by local counsel in Harriss) Robert B. Wallace for plaintiffs Jacobs & Harriss (also designated by local counsel) |
| 11/20/75 | 2 | RESPONSE -- PAN AMERICAN WORLD AIRWAYS, INC. w/exhibits and cert of service |
| 12/1/75 | 3 | REPLY BRIEF -- MOVANTS PLAINTIFFS -- w/cert. of service |
| 12/1/75 | | REQUEST TO FILE LATE REPLY -- MOVANTS PLAINTIFFS -- GRANTED TO 12/1/75 |
| 12/3/75 | 4 | SUPPLEMENTAL RESPONSE -- Pan American World Airways, Inc. w/cert. of ser. |
| 3/29/76 | | OPINION & ORDER -- Denying Transfer of Litigation under §1407 |

Description of Litigation

IN RE PAN AMERICAN WORLD AIRWAYS, INC.
MATERNITY LEAVE PRACTICES LITIGATION

Summary of Panel Action

Date(s) of Hearing(s) 12/12/76

Date(s) of Opinion(s) or Order(s) 3/29/76

Consolidation Ordered ____    Name of Transferee Judge _____

Consolidation Denied ✓    Transferee District _____

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket No. | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Mrs. Jane Margaret Jacobs, et al. v. Pan American World Airways, Inc. | D.D.C. J. Waddy | 1866-73 | | | | |
| A-2 | Ute R. Harriss, et al. v. Pan American World Airways, Inc. | N.D.Cal. | C-74-1884-SAW | | | | |

p. _____

## ATTORNEY SERVICE LIST
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 234 -- IN RE PAN AMERICAN WORLD AIRWAYS, INC. MATERNITY LEAVE PRACTICES LITIGATION

| Plaintiff | Defendant |
|---|---|
| MRS. JANE MARGARET JACOBS, ET AL. (A-1) <br> UTE R. HARRISS, ET AL. (A-2) <br> Robert B. Wallace, Esquire <br> Suite 520 <br> 733 Fifteenth St., N.W. <br> Washington, D.C. 20005 | PAN AMERICAN WORLD AIRWAYS, INC. <br> Peter W. Tredick, Esquire <br> Hogan & Hartson <br> 815 Connecticut Avenue <br> Washington, D.C. 20006 |